SCOTT FREEDMAN, State Bar No. 128740
sfreedman@wfbm.com
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
707 Wilshire Boulevard, Suite 3280
Los Angeles, California 90017-3538
Telephone:  (213) 489-4820
Facsimile:   (213) 489-4015

Attorneys for MISSION BAY, INC. and
PRINT IT HERE AND COPY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIV.

| | |
|---|---|
| HORACIO De VEYRA PALANA,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BAY, INC., et al.,<br><br>Defendant. | Case No. 3:13-cv-05235-SI<br><br>Assigned to:  Hon. Susan Illston<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS, MISSION BAY, INC., AND PRINT IT HERE AND COPY, INC.** |

PLEASE TAKE NOTICE that defendants, MISSION BAY, INC. and PRINT IT HERE AND COPY, INC., have retained Walsworth, Franklin, Bevins & McCall LLP to substitute as counsel in place of Morris, Polich & Purdy LLP in the above-captioned matter.

Withdrawing counsel for defendants, MISSION BAY, INC. and PRINT IT HERE AND COPY, INC., are:

    Douglas H. Hoang

    Morris Polich & Purdy, LLP

    1055 W. 7th Street, 24th Floor

    Los Angeles, CA  90017

    email:  dhoang@mpplaw.com

All pleadings, orders and notices should hereafter be served upon the following substituted counsel for defendants, MISSION BAY, INC. and PRINT IT HERE AND COPY, INC.

    Scott A. Freedman
    Walsworth, Franklin, Bevins & McCall LLP
    707 Wilshire Boulevard, Suite 3280
    Los Angeles, California 90017-3538
    Telephone: (213) 489-4820
    Facsimile: (213) 489-4015
    Email: SFreedman@wfbm.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: March 14, 2014    MISSION BAY, INC.

By: _____
Brandon Coker
Its: President

Dated: March 14, 2014    PRINT IT HERE AND COPY, INC.

By: _____
Brandon Coker
Its: President

///
///
///

Dated: March 14, 2014    MORRIS, POLICH & PURDY, LLP

By: _____
DOUGLAS H. HOANG
Attorneys for MISSION BAY, INC. and
PRINT IT HERE AND COPY, INC.

Dated: March 17, 2014    WALSWORTH, FRANKLIN, BEVINS &
McCALL, LLP

By: _____
SCOTT FREEDMAN
REYNA E. MACIAS
Attorneys for MISSION BAY, INC. and
PRINT IT HERE AND COPY, INC.

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 3/17/14

_____
Hon. Susan Illston, Judge
United States District Court

*Horacio De Veyra Palana v. Mission Bay, Inc., et al.*
No. CV 13-05235 PSG

# CERTIFICATE OF SERVICE
*Horacio De Veyra Palana v. Mission Bay, Inc., et al.*

I, the undersigned, an employee of Morris Polich & Purdy LLP, located at 1055 West Seventh Street, 24th Floor, Los Angeles, California, 90017 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On March 14, 2014, I served the foregoing document described as: **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS MISSION BAY, INC. AND PRINT IT HERE AND COPY, INC.** in this action by placing

☐ the original of the document     ☒ true copies of the document

in separate sealed envelopes to the following addresses:

**SEE ATTACHED SERVICE LIST**

☒ **BY ECF** I submitted an electronic version of the document(s) via file transfer protocol to ECF (Electronic Case Filing).

☐ **BY FEDERAL EXPRESS** I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express. Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (e-mail) to the parties as listed on this Proof of Service.

☐ **BY FACSIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

☒ **FEDERAL** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on March 14, 2014, at Los Angeles, California.

*/s/ Carol Ann T. Nakauchi*
Carol Ann T. Nakauchi

L0487741.DOC

1

**PROOF OF SERVICE**

*Horacio De Veyra Palana v. Mission Bay, Inc., et al.*
No. CV 13-05235 PSG

# SERVICE LIST

| Huy Tran, Esq.<br>**Justice at Work Law Group**<br>84 West Santa Clara Street, Suite 790<br>San Jose, CA  95113<br>Tel:  (408) 317-1100<br>Fax: (408) 351-0105<br>Huy@JAWLawGroup.com | *Attorneys for Plaintiff*<br>*Horacio De Veyra Palana* |
|---|---|

L0487741.DOC

2

PROOF OF SERVICE