United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HORACIO DE VEYRA PALANA,

    Plaintiff,

    v.

MISSION BAY INC., et al.,

    Defendants.

Case No. 13-cv-05235-SI

**ORDER RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

On November 21, 2014, plaintiff Horacio de Veyra Palana filed a motion to compel production of documents. Docket No. 45. The motion is scheduled to be heard on January 16, 2015. Defendants' response to plaintiff's motion was due December 5, 2014. As of this date defendants have not yet filed a response to plaintiff's motion.

Accordingly, the Court orders defendants to respond to plaintiff's motion **no later than December 18, 2014** or the matter will be decided on the moving papers.

**IT IS SO ORDERED**.

Dated: December 16, 2014

_____
SUSAN ILLSTON
United States District Judge