**GRANTED**
*Susan Illston*
Judge Susan Illston

TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
HORACIO DE VEYRA PALANA
and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACIO DE VEYRA PALANA, JOAN SOLIVEN, CONCHITO CABILES and ALEXANDER YALUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION BAY INC. and PRINT IT HERE AND COPY, INC.,<br><br>Defendants. | Case No. 13-CV-05235 SI<br><br>**STIPULATION RE: SECOND AMENDED COMPLAINT** |

TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

The parties have stipulated to the following in regards to the Second Amended Complaint Plaintiffs intend to file:

1. Purported Plaintiffs JOAN SOLIVEN, CONCHITO CABILES and ALEXANDER YALUNG intend to opt in to this Fair Labor Standards Act lawsuit.

2. Plaintiff HORACIO DE VEYRA PALANA intends to amend the First Amended Complaint to include SOLIVEN, CABILES and YALUNG into the State Claims. A true

and correct copy of the Second Amended Complaint Plaintiff PALANA intends to file is attached hereto as Exhibit A.

3. Defendants stipulate to the filing of the Second Amended Complaint. Defendants also waive service of the Second Amended Complaint. As there are no changes in the legal arguments, Plaintiff PALANA and Purported Plaintiffs SOLIVEN, CABILES and YALUNG accept the Answer currently on file as responsive to the Second Amended Complaint.

Dated: January 27, 2015

//s//
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorney for Plaintiff HORACIO DE VEYRA PALANA, Purported Plaintiffs JOAN SOLIVEN, CONCHITO CABILES and ALEXANDER YALUNG and all others similarly situated

Dated: December 29, 2014

//s//
Reyna Macias
WFBM, LLP
Attorney for Defendants MISSION BAY INC. and PRINT IT HERE AND COPY, INC.