TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
HORACIO DE VEYRA PALANA, JOAN SOLIVEN, CONCHITO CABILES, ALEXANDER YALUNG and the Proposed Class

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACIO DE VEYRA PALANA, JOAN SOLIVEN, CONCHITO CABILES, and ALEXANDER YALUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION BAY INC. and PRINT IT HERE AND COPY, INC.,<br><br>Defendants. | Case No.  13-CV-05235 SI<br><br>**STIPULATION RE: CASE MANAGEMENT, DOCUMENT PRODUCTION AND MEDIATION**<br><br>The further case management conference is continued to 3/20/15 @ 3 p.m. |

TO THIS COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

The parties have stipulated to the following in regard to the Case Management Schedule, document production, and Mediation:

1. The parties have agreed to go to mediation, which is set for March 18, 2015. To allow the parties to be prepared for mediation and only for that purpose, Defendants agree to produce the time and payroll records from November 12, 2009 (four years prior to the

1                                                   Case No. 13-CV-05235 SI

THIRD STIPULATION

filing of the Complaint in this Action) to November 12, 2013 for each member of the Proposed Class, including Plaintiff ALEXANDER YALUNG. Prior to class certification, the records of the non-class representative employees that have not opted into the case are only to be used for mediation purposes and not for class certification purposes. A true and correct copy of the Proposed Class List is attached hereto as Exhibit 1. The list has been redacted to protect the information of putative class members.

2. Plaintiffs' deadline to file their Motion for Class Certification was January 9, 2015. Subsequently, Plaintiffs requested that Defendants agree to continue the deadline to file the Motion for Class Certification. Defendants advised plaintiffs that they are unsure whether the Court's calendaring could be altered through a stipulation. However, if the Court allows it and to give the parties time to engage in mediation, the parties agree to continue Plaintiffs' deadline to file a Motion for Class Certification to April 20, 2015.

3. The parties also request that the CMC currently scheduled for March 13, 2015 be continued for one week so that the parties may engage in mediation before reporting back to this Court.

Dated: January 28, 2015

*//s//Huy Tran//s//*
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorney for Plaintiffs HORACIO DE VEYRA PALANA, JOAN SOLIVEN, CONCHITO CABILES, ALEXANDER YALUNG and all others similarly situated

Dated: January 28, 2015

>*//s//Scott Freedman//s//*
>Scott Freedman
>Reyna Macias
>WFBM, LLP
>Attorney for Defendants MISSION BAY INC.
>and PRINT IT HERE AND COPY, INC.

EMPLOYEE LIST

| NAME | St. ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NO. |
|---|---|---|---|---|---|
| Abastilla, Christopher | | | CA | | |
| Abaya, Nina | | | CA | | |
| Aberin, Rolando | | | CA | | |
| Ablaza, Rolando | | | CA | | |
| Accad, Allan | | | CA | | |
| Agonoy, Lina | | | CA | | |
| Alagay, Romeo | | | CA | | |
| Ampong, Archie R. | | | CA | | |
| Ang, Adelio M. | | | CA | | |
| Babaran, Cheradee | | | CA | | |
| Babaran, Vincent | | | CA | | |
| Balagtas, Sheelah | | | CA | | |
| Baldonanza, Arsenio | | | CA | | |
| Baltazar, Winston | | | CA | | |
| Barbero, Mimie | | | CA | | |
| Barcelo, Jocelyn | | | CA | | |
| Bascos, Lazaro V. | | | CA | | |
| Belgica, Benny D. | | | CA | | |
| Bello, Michael B. | | | CA | | |
| Bellon, Virginia | | | CA | | |
| Buenaventura, Jan | | | CA | | |
| Buenaventura, Jonafe | | | CA | | |
| Bustamante, Mark James | | | CA | | |
| Bustos, Macario | | | CA | | |
| Cabocan, Chanda B. | | | CA | | |
| Cacdac, Fausta | | | CA | | |
| Canones, Adrian A. | | | CA | | |
| Catapang, Pedrito | | | CA | | |
| Chaisayant, Dan S. | | | CA | | |
| Chavez, Joel | | | CA | | |
| Chito, Cabiles M. | | | CA | | |
| Chu, Danilo | | | CA | | |
| Cinco, Jr, Pardonio C. | | | CA | | |
| Ciraco, Juan Antonio | | | CA | | |
| Clemente, Carlsen | | | CA | | |
| Clemente, Milanne L. | | | CA | | |
| Collado Ebalan, Shu-Jen | | | CA | | |
| Cosme, Belinda C. | | | CA | | |
| Cozada, William C. | | | CA | | |
| Cruz, Edgar | | | CA | | |
| Cruz, Eloisa | | | CA | | |

1

EMPLOYEE LIST

| NAME | St. ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NO. |
|---|---|---|---|---|---|
| Cruz, Jesus | ███ | ███ | CA | ███ | |
| Cruz, Olga F. | ███ | ███ | CA | ███ | ███ |
| Cuyos, Dana C. | ███ | ███ | CA | ███ | |
| De Guzman, Ma. Eleonor | ███ | ███ | CA | ███ | |
| De La Cruz, Reynaldo | ███ | ███ | CA | ███ | |
| De Silva, Robert | ███ | ███ | CA | ███ | ███ |
| Del Rosario, Gian | ███ | ███ | CA | ███ | ███ |
| Dela Cruz, Paulino | ███ | ███ | CA | ███ | ███ |
| Dimalanta, Reynaldo | ███ | ███ | CA | ███ | |
| Dizon, Rhia | ███ | ███ | CA | ███ | |
| Domingo, Rufo | ███ | ███ | CA | ███ | |
| Drequito, Clarissa | ███ | ███ | CA | ███ | |
| Dulay, Pancho Lobo Rafael | ███ | ███ | CA | ███ | |
| Dy, Ciarra | ███ | ███ | CA | ███ | |
| Dy, Ernesto F. | ███ | ███ | CA | ███ | |
| Elacion, Jewel | ███ | ███ | CA | ███ | |
| Erive, Eloisa | ███ | ███ | CA | ███ | |
| Esguerra, Rogelio | ███ | ███ | CA | ███ | ███ |
| Esposo, Edward | ███ | ███ | CA | ███ | |
| Flores, Mark | ███ | ███ | CA | ███ | |
| Flores, Rowena | ███ | ███ | CA | ███ | ███ |
| Franco, Willjean | ███ | ███ | CA | ███ | |
| Freeman, Lauren | ███ | ███ | CA | ███ | ███ |
| Froma, Leo Andrews | ███ | ███ | CA | ███ | |
| Garbo, Tersie | ███ | ███ | CA | ███ | |
| Geocallo, Lucita | ███ | ███ | CA | ███ | |
| Giron, Catalina | ███ | ███ | CA | ███ | ███ |
| Giron, Robert | ███ | ███ | CA | ███ | ███ |
| Gonzales, Milaflor | ███ | ███ | CA | ███ | ███ |
| Guieb, Clarita A. | ███ | ███ | CA | ███ | |
| Henderson, Erlinda | ███ | ███ | CA | ███ | |
| Hickman, Zeillee K. | ███ | ███ | CA | ███ | |
| Ignacio, Brenia | ███ | ███ | CA | ███ | |
| Ignacio, Rogelio | ███ | ███ | CA | ███ | |
| Jacquez, Danilo | ███ | ███ | CA | ███ | |
| Jaime, Perez | ███ | ███ | CA | ███ | |
| Juan, Honorio | ███ | ███ | CA | ███ | |
| Juan, Rhealiza D. | ███ | ███ | CA | ███ | |
| Lagar, Manual | ███ | ███ | CA | ███ | |
| Lapuz, Cecilio | ███ | ███ | CA | ███ | |
| Lapuz, Milton | ███ | ███ | CA | ███ | ███ |

2

EMPLOYEE LIST

| NAME | St. ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NO. |
|---|---|---|---|---|---|
| Larano, Karen G. | | | CA | | |
| Lastimosa, Augustus | | | CA | | |
| Lastimosa, Vilma | | | CA | | |
| Lazo, Emmylou B. | | | CA | | |
| Lopez, Amelia | | | CA | | |
| Lorenzo, Loradel | | | CA | | |
| Lukban, JM Angelo | | | CA | | |
| Lukban, Ma. Lourdes | | | CA | | |
| Lukban, Rodney F. | | | CA | | |
| Macaso, Dahlia | | | CA | | |
| Magat, Gliceria | | | CA | | |
| Malate, Kim Abeto | | | CA | | |
| Mamacang, Maribel | | | CA | | |
| Marbella, Eliezar | | | CA | | |
| Mariano, Venus S. | | | CA | | |
| Marquez, Rodolfo | | | CA | | |
| Matias, Jairo | | | CA | | |
| Medina, Fortunato I. | | | CA | | |
| Mendoza, German | | | CA | | |
| Mercer, Michael | | | CA | | |
| Millado, Leoncio B. | | | CA | | |
| Mina, Felicisimo | | | CA | | |
| Moreto, Joseph | | | CA | | |
| Moreto, Marlene | | | CA | | |
| Mortel, Cynthia | | | CA | | |
| Mortel, Troy Henri A. | | | CA | | |
| Narciso, Eliserto I. | | | CA | | |
| Natividad, Leonardo P. | | | CA | | |
| Nava, Florita | | | CA | | |
| Nievera, Anastacio | | | CA | | |
| Obsuna, Marilyn M. | | | CA | | |
| Ocsona, Martelino | | | CA | | |
| Palana, Horacio D. | | | CA | | |
| Pangilinan, Menchi A. | | | CA | | |
| Pavia, Dale | | | CA | | |
| Perez, Jaime | | | CA | | |
| Perez, Virginia V. | | | CA | | |
| Posadas, Benjamin L | | | CA | | |
| Presto, Jennet | | | CA | | |
| Rafanan, Juvenal | | | CA | | |
| Ramirez, Crisotomo | | | CA | | |

3

EMPLOYEE LIST

| NAME | St. ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE NO. |
|---|---|---|---|---|---|
| Ramirez, Domingo | | | CA | | |
| Raquinio, Roger | | | CA | | |
| Ravanera, Roger C. | | | CA | | |
| Raymundo, Cherry G. | | | CA | | |
| Repancol, Allaine | | | CA | | |
| Repancol, Jupiter | | | CA | | |
| Reyes, Wilfredo P. | | | CA | | |
| Reynes, Roel Goran | | | CA | | |
| Rico, Antonio F. | | | CA | | |
| Rivera, Billy | | | CA | | |
| Rivera, Ildefonsa | | | CA | | |
| Rodrigo, Del Rosario | | | CA | | |
| Sabado, David | | | CA | | |
| Sabando, Mark | | | CA | | |
| Salvador, Eduardo | | | CA | | |
| Salvador, Peter C. | | | CA | | |
| Salvador, Shela | | | CA | | |
| Santos, Edgardo D. | | | CA | | |
| Santos, Lorna B. | | | CA | | |
| Segaya, Ronald D. | | | CA | | |
| Solitario, Valentina K. | | | CA | | |
| Soliven, Joan | | | CA | | |
| Soriano, Jr., Emiliano A. | | | CA | | |
| Sta. Maria, Lauro | | | CA | | |
| Sundo, Nino | | | CA | | |
| Suplito, Julius | | | CA | | |
| Sy, Romeo | | | CA | | |
| Tadas, Arlene | | | CA | | |
| Tadiar, Teofilo | | | CA | | |
| Tottoc, Elpidio G. | | | CA | | |
| Udtohan, April | | | CA | | |
| Umalin, Patricio | | | CA | | |
| Ustares, Mark | | | CA | | |
| Valenzuela, Cecilia | | | CA | | |
| Vicencio, Jaime | | | CA | | |
| Visita, Merlita | | | CA | | |
| Whitehead, Mercedita | | | CA | | |
| Yao, Victoria | | | CA | | |
| Yturralde, Amalia | | | CA | | |
| Yutangco, Elma | | | CA | | |