## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HORACIO DE VEYRA PALANA, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSION BAY INC. and PRINT IT HERE AND COPY, INC.,<br><br>        Defendant. | Case No. 13-CV-05235 SI (PSG)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE *CONFIDENTIAL* PORTION OF THE DEPOSITION OF BRANDON COKER TAKEN JANUARY 8, 2015 IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE MOTION FOR CLASS CERTIFICATION**<br><br>Date: June 2, 2015<br>Time: 4:00 p.m.<br>Location: Courtroom 10<br><br>Hon. Susan Illston |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered Defendants Mission Bay, Inc. and Print It Here and Copy,
2  Inc.'s ("Defendants") motion to file under seal the *confidential* portion of the
3  deposition transcript of Brandon Coker taken January 8, 2015,
4  IT IS HEREBY ORDERED THAT Defendants' motion is GRANTED.  The
5  Clerk of the Court shall file under seal the *confidential* portion of the deposition
6  transcript of Brandon Coker taken January 8, 23015.

8  Dated: __7/7/15_____          _____
9                                      Honorable Susan Illston
                                       United States District Court, Northern District

-2-   Case No. 13-CV-05235 SI (PSG)
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686

3155215.1
4162-3.3499

Case No. 13-CV-05235 SI (PSG)
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL