# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HORACIO DE VEYRA PALANA, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MISSION BAY INC. and PRINT IT HERE AND COPY, INC.,<br><br>Defendant. | Case No. 13-CV-05235 SI (PSG)<br><br>(~~PROPOSED~~) **ORDER FOR STIPULATION TO CONTINUE FURTHER STATUS CONFERENCE** |

IT IS SO STIPULATED that the Further Status Conference presently set for August 21, 2015, is continued to September 18, 2015.

IT IS SO ORDERED:

DATED: July __16__, 2015

_____
The Honorable Susan Illston
United States District Court Judge

WALSWORTH
ONE CITY BOULEVARD WEST, FIFTH FLOOR
ORANGE, CALIFORNIA 92868-3677
TEL (714) 634-2522 • FAX (714) 634-0686