UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO DE VEYRA PALANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MISSION BAY INC., et al., <br><br> Defendants. | Case No. 13-cv-05235-SI <br><br> **ORDER APPROVING CLASS NOTICE** <br> Re: Dkt. No. 97 |

The parties have filed a Stipulation re: Class Notice. Dkt. No. 97. The form of class notice is hereby APPROVED. This includes the parties' proposed 60-day deadline for class members to request exclusion. *See id.* at 2. Counsel shall complete the blank date in the current notice to reflect 60 days from the date of mailing, and shall change the year of the deadline from "2015" to "2016."

**IT IS SO ORDERED**.

Dated: December 10, 2015

_____
SUSAN ILLSTON
United States District Judge