UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO DE VEYRA PALANA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION BAY INC., et al.,<br><br>Defendants. | Case No. 13-cv-05235-SI<br><br>**ORDER TO SHOW CAUSE RE: CLASS NOTICE** |

On July 7, 2015, the Court granted plaintiffs' motion for class certification. Docket No. 81. At a status conference on September 18, 2015, the Court ordered the parties to meet and confer regarding class notice and requested that the parties send out notice to the class before the end of 2015. *See* Docket Nos. 90, 97. On December 8, 2015, the parties stipulated to a proposed class notice, which the Court approved on December 10. Docket Nos. 97, 98.

On January 8, 2016, the parties filed a fourth joint case management statement in which they informed the Court that they had not yet sent out class notice but that they expected to do so prior to the upcoming status conference on January 15. Docket No. 109 at 2. At the January 15 status conference, the Court ordered counsel to file notice of the status of the issuance of class notice. Docket No. 113. To date, the parties have filed no such update with the Court.

The Court hereby orders the parties to show cause as to why they have failed to file an update on the status of class notice, and to file such an update. **The parties are ordered to respond by March 18, 2016.**

**IT IS SO ORDERED**.

Dated: March 15, 2016

SUSAN ILLSTON
United States District Judge