1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    HORACIO DE VEYRA PALANA, et al.,        Case No.  13-cv-05235-SI

8                    Plaintiffs,

9          v.                                 ORDER RE: DEFENDANTS' MOTION
                                              TO DISMISS AND PLAINTIFFS'
10   MISSION BAY INC., et al.,                MOTION TO APPOINT CLASS
                                              COUNSEL
11                   Defendants.
                                              Re: Dkt. Nos. 116, 117

12

13          Pending before the Court are two motions: defendants' motion to dismiss plaintiffs

14   Conchito Cabiles and Felix Cadenas, Dkt. No. 116, and plaintiffs' motion to amend the class

15   certification order to appoint class counsel, Dkt. No. 117.  This matter came on for hearing on

16   Friday, March 25, 2016.  Counsel for defendants did not appear, but at the hearing counsel for

17   plaintiffs informed the Court that the case settled on March 24, following a settlement conference

18   with Magistrate Judge Laporte.  *See* Docket Nos. 133, 134.  As part of the settlement, the parties

19   agreed that defendants' motion to dismiss would be withdrawn as to plaintiff Cadenas and granted

20   as to Cabiles.  The Court therefore **GRANTS** the motion to dismiss the claims of plaintiff Cabiles

21   from the case.

22          Regarding the plaintiffs' motion to add the law firm of Kletter & Nguyen Law LLP as

23   class counsel, the Court indicated at the hearing that it would grant this motion.[1]  Having

24   considered the declaration of Cary Kletter, the Court finds Kletter & Nguyen Law LLP adequately

25   _____

26          [1] In their motion, plaintiffs erroneously state that "the class certification order does not
     currently appoint any class counsel."  Dkt. No. 117 at 3.  On July 7, 2015, the Court appointed
27   Justice at Work Law Group as class counsel when it granted plaintiffs' motion for class
     certification.  Dtk. No. 81 at 8.  Because Justice at Work Law Group has already been appointed
28   class counsel, the Court now considers only whether to add Kletter & Nguyen Law LLP.
     Defendants do not oppose plaintiffs' motion.  Dkt. No. 127.

United States District Court
Northern District of California

suited to represent the interests of the putative class under Federal Rule of Civil Procedure 23(g)(1) based on the work counsel has done in identifying and investigating plaintiffs' claims; counsel's experience in handling class action and other litigation in the area of employment wage and hour matters; counsel's knowledge of the applicable law; and the time and resources counsel has spent and commits to spend to represent the class in this case. *See* Dkt. No. 118. The Court therefore **GRANTS** plaintiffs' motion to add Kletter & Nguyen Law LLP as class counsel.

This resolves Docket Nos. 116 and 117.


**IT IS SO ORDERED**.

Dated: April 1, 2016

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2