UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO DE VEYRA PALANA, et al.,<br><br>Plaintiffs.<br><br>v.<br><br>MISSION BAY INC., et al.,<br><br>Defendants. | Case No. 13-cv-05235-SI<br><br>**JUDGMENT** |

The Court has granted final approval to the class action settlement of this case. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 6, 2016

_____
SUSAN ILLSTON
U.S. District Judge